Name and address
Richard K. Abdalah, Esq. (SBN 60380)
Miriam H. Wea-Lebron, Esq. (SBN 191429)
ABDALAH LAW OFFICES
10455 Torre Avenue
Cupertino, CA 95014
Tel: 408.252.5211   Fax: 408.996.2004
Attorneys for Defendant TABELLCO, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ANTHONY LERMA,

Plaintiff(s)

v.

TABELLCO, INC., et al.,

Defendant(s).

CASE NUMBER
CV11-2039-PSG

REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

John E. Lozon and Concetta Lozon, Trustees of the Lozon 1993 Living Trust _____ ☐ Plaintiff ☒ Defendant ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of __Michael G. Ackerman__
*New Attorney*

as attorney of record in place and stead of __Richard K. Abdalah, Abdalah Law Offices__
*Present Attorney*

Dated __June 3, 2011__

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated __June 3, 2011__

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated __June 3, 2011__

*Signature of New Attorney*

*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY

Richard K. Abdalah (SBN 60380)
Miriam H. Wan-Lebron (SBN 191429)
ABDALAH LAW OFFICES
10455 Torre Avenue
Cupertino, CA 95014
Tel: 408.252.5211
Fax: 408-996-2004
Attorneys for TABELLCO, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ANTHONY LERMA, | CASE NUMBER: |
| --- | --- |
| Plaintiff(s) | CV11-2039-PSG |
| v. | |
| TABELLCO, INC., et al. | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of __John E. Lozon and Concetta Lozon, Trustees of the Lozon 1993 Living Trust__
☐ Plaintiff ☒ Defendant ☐ Other _____
_Name of Party_

to substitute __Michael G. Ackerman__ who is

☒ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

__2391 The Alameda, Ste. 100__
_Street Address_

__San Jose, California_____ 95050__        __mga@mgackermanlaw.com__
_City, State, Zip_                            _E-Mail Address_

__(408) 261-5800__   __(408) 261-5900__   __64997__
_Telephone Number_   _Fax Number_   _State Bar Number_

as attorney of record in place and stead of __Richard K. Abdalah, Abdalah Law Offices__
_Present Attorney_

is hereby ~~GRANTED DENIED~~
   GRANTED

Dated __June 8, 2011__              _[signature]_
                                   U.S. District Judge/U.S. Magistrate Judge

NOTICE TO COUNSEL: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

# PROOF OF SERVICE
(C.C.P. §§ 1013a., 2015.5)

I, the undersigned say:

I am now and at all times mentioned herein have been over the age of 18 years, a resident of the State of California and employed in the County of Santa Clara, and not a party to the within action or cause; my business address is 10455 Torre Avenue, Cupertino, California, 95014.

I am readily familiar with this firm's business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, mailing via Federal Express, hand delivery via messenger service, and transmission by facsimile machine. I served a copy of each of the documents listed below, by placing said copies for processing as indicated herein:

**REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY; [PROPOSED] ORDER FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**

__X__  If MAILED VIA U.S. MAIL, said copies were placed in envelopes which were then sealed and, with postage fully prepaid thereon, on this date placed for collection and mailing at my place of business following ordinary business practices. Said envelopes will be deposited with the U.S. Postal Service at Cupertino, California on this date in the ordinary course of business; and there is delivery service by U.S. Postal Service at the place so addressed.

_____ If MAILED VIA FEDERAL EXPRESS, said copies were placed in Federal Express envelopes which were then sealed and, with Federal Express charges to be paid by this firm, on this same date placed for collection and mailing at my place of business following ordinary business practices. Said envelopes will be deposited with the Federal Express Corp. on this date following ordinary business practices; and there is delivery service by Federal Express at the place so addressed.

_____ If VIA FACSIMILE TRANSMISSION, said copies were placed for transmission by this firm's facsimile machine, transmitting from (408) 996-2004 at Cupertino, California, and were transmitted following ordinary business practices; and there is a facsimile machine receiving via the number designated herein, and the transmission was reported as complete and without error. The record of the transmission was properly issued by the transmitting fax machine.

**Recipients:**

Tanya E. Moore, Esq.  
MOORE LAW FIRM  
332 N. Second Street  
San Jose, CA 95112

Michael G. Ackerman, Esq.  
2391 The Alameda, Suite 100  
San Jose, CA 95050

I certify (or declare) under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on June 7, 2011, at Cupertino, California.

_____/s/ Diane Rees_____  
Diane Rees

Court:        U.S.D.C.  
Case Name:    Lerma v. Tabellco, Inc., et al.  
Case No.:     CV11-2039-PSG

-1-